IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:10cv541-WHA |
| ) | |
| MCLANEY & ASSOCIATES, P.C. and ) | (WO) |
| C. KNOX MCLANEY, III, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on Plaintiff's Motion for Judgment on the Pleadings (Doc. #18), which the court has construed as a Motion for Summary Judgment, and after the court has given notice to the Defendants on March 14, 2011 (Doc. #21), with no response being filed by the Defendants, the court takes the motion under submission.

Upon consideration of all documents in the file, the court finds that the Plaintiff has established that there is no genuine dispute as to any material fact, and that the Plaintiff is entitled to judgment as a matter of law.  Therefore, the motion is GRANTED.  The court finds that the Plaintiff is entitled to principal in the amount of $412,462.14, accrued and unpaid interest to this date in the amount of $18, 414.05, late fees in the amount of $4,686.73, attorney's fees and costs in the amount of $8,435.84, for a total of $443,998.76, together with post-judgment interest at the statutory rate.

Final Judgment will be entered accordingly.

DONE this 30th day March, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE