IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:10cv541-WHA |
| ) | |
| MCLANEY & ASSOCIATES, P.C. and ) | (WO) |
| C. KNOX MCLANEY, III, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Plaintiff, Wells Fargo Bank, N.A., and against the Defendants, McLaney & Associates, P.C. and C. Knox McLaney, III, in the amount of $443,998.76, with post-judgment interest to accrue from this date at the statutory rate, for all of which let execution issue.

DONE this 30th day March, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE